UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN GARCIA, an Individual,<br><br>Plaintiff,<br><br>v.<br><br>T.J. MAXX OF CA, LLC, Limited Liability Company Doing Business in California; CLAUDIA RUIZ-ROSAS, an Individual; and DOES 1 through 10, Inclusive,<br><br>Defendants. | Case No. 2:19-cv-4137-ODW (SSx)<br><br>**ORDER GRANTING JOINT STIPULATION TO DISMISS DEFENDANT CLAUDIA RUIZ-ROSAS AND REMAND TO SUPERIOR COURT** |

The Court having received and reviewed the Joint Stipulation to Dismiss Defendant Claudia Ruiz-Rosas and Remand submitted by Plaintiff Justin Garcia ("Plaintiff") and Defendants T.J. Maxx of CA, LLC, and Claudia Ruiz-Rosas (collectively, "Defendants"), and good cause appearing;

**IT IS HEREBY ORDERED THAT:**

1. Pursuant to Rule 41 of the Federal Rules of Civil Procedure, the Court **DISMISSES WITHOUT PREJUDICE** all of the claims asserted against individual defendant Claudia Ruiz-Rosas without attorneys' fees and costs to either party.
2. The action is **REMANDED** to the Superior Court for the State of California, County of Los Angeles, Case Number 19STCV12340 located at 111 North Hill Street, Los Angeles, CA 90012.
3. The parties shall bear their own attorney's fees and costs.

**IT IS SO ORDERED.**

Dated: June 6, 2019

Hon. Otis D. Wright II
United States District Judge

1
ORDER GRANTING JOINT STIPULATION TO DISMISS DEFENDANT
CLAUDIA RUIZ- ROSAS AND REMAND